# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TRENCIE V. OLIVER                                                                                    PLAINTIFF

V.                                        4:15CV00264-SWW-JTK

S. WATSON, et al.                                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's slander claims against Defendants are DISMISSED for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 29th day of May, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE