# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TRENCIE V. OLIVER,                                                                      PLAINTIFF
ADC #115208

v.                                4:15CV00264-SWW-JTK

S. WATSON, et al.                                                      DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the hearing before the District

Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

>Clerk, United States District Court
>Eastern District of Arkansas
>600 West Capitol Avenue, Suite A149
>Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff filed this action pursuant to 42 U.S.C. § 1983 against Defendants on May 7, 2015, and his Motion to Proceed in forma pauperis was granted by Order dated May 13, 2015 (Doc. Nos. 1, 4). Summons issued to Defendants Watson and Major on May 13, 2015, were returned, unexecuted, on May 21, 2015 (Doc. Nos. 6, 7). Plaintiff was directed to file additional identifying information concerning Defendants and their addresses within thirty days, on June 8, 2015 (Doc. No. 13), but he provided no new addresses for Defendants (Doc. No. 18). On October 21, 2015, this Court noted Plaintiff's failure to serve Defendants Watson and Major and provided him with one final opportunity in which to provide a last-known address within thirty days of the Order (Doc. No. 26). Plaintiff has not responded to that Order.

>Rule 4(m) of the Federal Rules of Civil Procedure provides:
>
>If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time....

This Court's October 21, 2015 Order (Doc. No. 26) constituted notification to the Plaintiff,

within the meaning of Rule 4, that service should be effected within a specified period of time. Therefore, absent notice of other last-known addresses, the Court finds that Defendants Watson and Major should be dismissed, without prejudice, for failure to obtain service.   Accordingly,

IT IS, THEREFORE, RECOMMENDED that:

1.	Defendants Watson and Major be DISMISSED from Plaintiff's complaint, without prejudice.

2.	Plaintiff's Complaint be DISMISSED, without prejudice, for failure to serve.

IT IS SO RECOMMENDED this 24th day of November, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE