# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TRENCIE V. OLIVER,                                                                                    PLAINTIFF
ADC #115208

v.                                     4:15CV00264-SWW-JTK

S. WATSON and THOMAS MAJOR                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants Watson and Major are DISMISSED from Plaintiff's complaint, without prejudice.

2. Plaintiff's Complaint is DISMISSED, without prejudice, for failure to serve.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 15th day of December, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1