# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TRENCIE V. OLIVER,  PLAINTIFF
ADC #115208

v.  4:15CV00264-SWW-JTK

S. WATSON and THOMAS MAJOR  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 15th day of December, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE